IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT L. NETTLES**                                                                   **PLAINTIFF**

v.                                                             CAUSE NO. 1:10CV271-LG-RHW

**MASSE CONTRACTING, INC, and**
**B&D CONTRACTING, INC.**                                                     **DEFENDANTS**

## JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [65] filed by Defendant Masse Contracting, Inc., and the Motion for Summary Judgment [67] filed by Defendant B&D Contracting, Inc.  The Court, after review and consideration, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Masse Contracting, Inc. and B&D Contracting, Inc.  This civil action is hereby **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2012.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE