IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L. NETTLES | PLAINTIFF |
| v. | CAUSE NO. 1:10CV271-LG-RHW |
| MASSE CONTRACTING, INC, and<br>B&D CONTRACTING, INC. | DEFENDANTS |

## JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [65] filed by Defendant Masse Contracting, Inc., and the Motion for Summary Judgment [67] filed by Defendant B&D Contracting, Inc. The Court, after review and consideration, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Masse Contracting, Inc. and B&D Contracting, Inc. This civil action is hereby **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE